# 068478

ORIGINAL

FILED
AUG 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KENNETH AND MARAV GOLDWYN

v.

THE UNITED STATES

No. 08-583 T

COMPLAINT

COUNT I

1. Plaintiffs Kenneth and Marav Goldwyn are husband and wife residing at 41 Ha Horesh St, Kirat, Tivon 36061, Israel. Their social security numbers are 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 and 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, respectively.

2. Defendant is the United States of America.

3. This is an action for recovery of federal income tax under the Internal Revenue Code of 1986. This Court has jurisdiction by reason of 28 U.S.C. §1491(a)(1).

4. Recovery is sought of federal income tax for the taxable year ended December 31, 1999. On or about April 15, 2000, plaintiffs filed a timely joint federal income tax return for that year with the Internal Revenue Service Center at Fresno, California. On or about April 15, 2000, and on or about June 7, 2000, plaintiffs made their payment of income taxes in the amount of $24,810 on account of this return.

5. On unknown date, plaintiffs filed a Form 1040X claim with the Internal Revenue Service Center at Fresno, California, for refund of federal income tax paid for 1999 in the

amount of $21,493 together with interest as allowed by law. The refund claim was based upon a claim for the foreign tax credit. A copy of this refund claim is attached hereto, marked Exhibit A, and made a part hereof. The Internal Revenue Service rejected this refund claim on September 18, 2006.

6. The Internal Revenue Service rejected the refund claim on the grounds that the statute of limitations had expired, because the refund claim was filed more than three years after the filing of the Form 1040. However, the appropriate statute of limitations for a refund claim involving a foreign tax credit is ten years. 26 U.S.C. § 6511(d)(3). The refund claim was filed timely within the ten year statute of limitations.

7. On July 17, 2008, plaintiffs mailed a protest to the Appeals Office of the Internal Revenue Service regarding the rejection of the refund claim. To date, that protest has not been acted upon.

8. Plaintiffs have overpaid their federal income tax for the year 1999 in the amount of $21,493, and thus are entitled to a refund of $21,493 plus interest.

9. No action on the claim for refund attached as Exhibit A has been taken by Congress or any agency of the United States or in any judicial proceeding, including any in the Tax Court of the United States.

10. Plaintiffs are the sole owners of the claim included in Exhibit A and asserted herein, and have made no assignment thereof.

COUNT II

11. Plaintiffs Kenneth and Marav Goldwyn are husband and wife residing at 41 Ha Horesh St, Kirat, Tivon 36061, Israel. Their social security numbers are 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 and

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, respectively.

12. Defendant is the United States of America.

13. This is an action for recovery of federal income tax founded upon the Internal Revenue Code of 1986. This Court has jurisdiction by reason of 28 U.S.C. §1491(a)(1).

14. Recovery is sought of federal income tax for the taxable year ended December 31, 2000. On or about May 31, 2001, plaintiffs filed a timely joint federal income tax return for the year 2000 with the Internal Revenue Service Center at Fresno, California. On or about April 15, 2001, plaintiffs made payment of income taxes in the amount of $20,690 on account of this return.

15. On unknown date, plaintiffs filed a Form 1040X claim with the Internal Revenue Service Center at Fresno, California, for refund of federal income tax paid for 2000 in the amount of $18,600 together with interest as allowed by law. A copy of this claim is attached hereto, marked Exhibit B, and made a part hereof. The Internal Revenue Service rejected this refund claim on August 17, 2006. A copy of this rejection is attached hereto, marked Exhibit C, and made a part hereof.

16. The Internal Revenue Service rejected the refund claim on the grounds that the statute of limitations had expired, because the refund claim was filed more than three years after the filing of the Form 1040X. However, the appropriate statute of limitations for a refund claim involving a foreign tax credit is ten years. Internal Revenue Code section 6511(d)(3). The Form 1040X was filed timely within the ten year statute of limitations.

17. On July 17, 2008, plaintiffs mailed a protest to the Appeals Office of the Internal Revenue Service regarding the rejection of the refund claim. To date, that protest has not been

acted upon.

18. Plaintiffs have overpaid their federal income tax for the year 2000 in the amount of $18,600, and thus are entitled to a refund of $18,600 plus interest.

19. No action on the claim for refund attached as Exhibit B has been taken by Congress or any agency of the United States or in any judicial proceeding, including any in the Tax Court of the United States.

20. Plaintiffs are the sole owners of the claim included in Exhibit B and asserted herein, and have made no assignment thereof.

COUNT III

21. Plaintiffs Kenneth and Marav Goldwyn are husband and wife residing at 41 Ha Horesh St, Kirat, Tivon 36061, Israel. Their social security numbers are 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 and 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, respectively.

22. Defendant is the United States of America.

23. This is an action for recovery of federal income tax founded upon the Internal Revenue Code of 1986. This Court has jurisdiction by reason of 28 U.S.C. §1491(a)(1).

24. Recovery is sought of federal income tax for the taxable year ended December 31, 2002. On or about July 14, 2003, plaintiffs filed a timely joint federal income tax return for the year 2002 with the Internal Revenue Service Center at Fresno, California. On or about April 15, 2003, plaintiffs made their payment of income taxes in the amount of $2,444 on account of this return.

25. On or about July 6, 2006, plaintiffs filed a Form 1040X claim with the Internal Revenue Service Center at Fresno, California, for refund of federal income tax paid for 2002 in

the amount of $2,444 together with interest as allowed by law. A copy of this claim is attached hereto, marked Exhibit D, and made a part hereof.

26. The Internal Revenue Service rejected the refund claim on the grounds that the statute of limitations had expired, because the refund claim was filed more than three years after the filing of the Form 1040. However, the appropriate statute of limitations for a refund claim involving a foreign tax credit is ten years. 26 U.S.C. §6511(d)(3). The Form 1040X was filed timely within the ten year statute of limitations.

27. On July 17, 2008, plaintiffs mailed a protest to the Appeals Office of the Internal Revenue Service regarding the rejection of the refund claim. To date, that protest has not been acted upon.

28. Plaintiffs have overpaid their federal income tax for the year 2002 in the amount of $2,444, and thus are entitled to refund of $2,444 plus interest.

29. No action on the claim for refund attached as Exhibit D has been taken by Congress or any agency of the United States or in any judicial proceeding, including any in the Tax Court of the United States.

30. Plaintiffs are the sole owners of the claim included in Exhibit D and asserted herein, and have made no assignment thereof.

Wherefore, plaintiffs demand judgment in the amount of $42,537, plus interest and costs

allowed by law, and such other relief as the Court may deem just, including the award of reasonable litigation costs incurred in this proceeding, under 26 U.S.C. §7430.

Attorney for Plaintiffs:

Dated: 8-7-08

John W. Ambrecht
Ambrecht & Associates
1224 Coast Village Circle, Suite 32
Santa Barbara, CA 93108
(805) 965-1329 (voice)
(805) 965-7637 (fax)

Of Counsel:

Dated: 8.4.08

Seth Schechter
Ambrecht & Associates
1224 Coast Village Circle, Suite 32
Santa Barbara, CA 93108
(805) 965-1329 (voice)
(805) 965-7637 (fax)

Dated: 8/4/08

Gregory Arnold
Law Office of Gregory Arnold
510 Castillo Street, Suite 304
P.O. Box 6463
Santa Barbara, CA 93160-6463
(805) 560-8200 (voice)
(805) 560-8220 (fax)